**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0-26-cv-60956-LEIBOWITZ**
**CASE NO. 0:26-cv-61015-LEIBOWITZ**

**G-FORCE POWERSPORTS INC.,**
*Individually and on Behalf of All Others Similarly*
*Situated,*

      *Plaintiff,*

*v.*

**DHL EXPRESS (USA), INC.**,

      *Defendant.*

                                  /

**JOHN PLARAS, WILLIAM HARLESS, and**
**DIONNE DAWKINS**,
*Individually and on Behalf of All Others Similarly*
*Situated,*

      *Plaintiffs,*

*v.*

**DHL EXPRESS (USA), INC.**,

      *Defendant.*                 /

**ORDER GRANTING PLAINTIFFS' JOINT UNOPPOSED MOTION TO
CONSOLIDATE RELATED ACTIONS AND MOTION FOR APPOINTMENT OF
<u>INTERIM CO-LEAD CLASS COUNSEL</u>**

    **THIS CAUSE** comes before the Court upon Plaintiffs' Joint Unopposed Motion to

Consolidate Related Actions and Motion for Appointment of Interim Co-Lead Class Counsel ("the

Motion") [ECF No. 8].  Having carefully reviewed the Motion and being otherwise fully advised, it is

hereby **ORDERED AND ADJUDGED** as follows:

- 1 -

## I. CONSOLIDATION

1. Pursuant to Rule 42 of the Federal Rules of Civil Procedure, the following actions are hereby related and consolidated for all purposes, including for pre-trial proceedings and trial:

| Case Name | Case Number | Date Filed |
|---|---|---|
| *G-Force Powersports Inc. v. DHL Express (USA), Inc.* | 0:26-cv-60956-LEIBOWITZ | April 6, 2026 |
| *John Plaras, William Harless, and Dionne Dawkins v. DHL Express (USA), Inc.* | 0:26-cv-61015-LEIBOWITZ | April 8, 2026 |

2. Every pleading filed in these consolidated actions, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re DHL TARIFF LITIGATION | Lead Case No. 0:26-cv-60956-LEIBOWITZ |
| This Document Relates To: | (Consolidated with Case No. 0:26-CV-61015-LEIBOWITZ) |
| ALL ACTIONS. | CLASS ACTION |

3. The file in *G-Force Powersports Inc. v. DHL Express (USA), Inc.*, Case No. 0:26-cv-60956, shall constitute the master file for every action in the consolidated action. The Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** the *Plaras* action, Case No. 0:26-cv-61015-LEIBOWITZ. When a document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To." When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To," the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

- 2 -

4.      Plaintiffs in *G-Force Powersports* and *Plaras* shall file a consolidated complaint within 21 days from this Order granting consolidation;

5.      Defendant shall respond to the consolidated complaint within 60 days of its filing;

6.      All persons in the United States who, during the period from February 4, 2025, through February 24, 2026, paid to DHL any of the following in connection with imported goods classified under Harmonized Tariff Schedule of the United States subheadings carrying a Column 1-General duty rate of "Free": (a) tariff charges assessed under the International Emergency Economic Powers Act ("IEEPA"), including duties imposed under Chapter 99 IEEPA subheadings; and/or (b) brokerage, clearance, or other ancillary fees charged in connection with customs entries filed to process such IEEPA tariffs, subsequently filed in, or transferred to, this District shall be consolidated into this action;

7.      This Order shall apply to every such action, absent an order of the Court.  A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action; and

8.      This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

## II.      APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL

9.      Pursuant to Rule 23(g)(3) of the Federal Rules of Civil Procedure, the Court appoints the following as Interim Co-Lead Class Counsel for the proposed Class of businesses and individuals:

> Dorothy P. Antullis, Robbins Geller Rudman & Dowd LLP
> Jeremy R. Williams, Lee Segui PLLC

The above attorneys accept and agree to their designation as interim counsel on the condition and understanding that the court may reconsider both their designation and the designation of other

attorneys (for interim class counsel or class counsel purposes) as the litigation of this case and other related cases proceed.

10.     Interim Co-Lead Class Counsel shall have the following responsibilities and duties specified below, to be carried out either personally or through designated counsel:

(a)     initiate, brief, and argue motions on behalf of the respective Class on all matters arising during pre-trial proceedings, and prepare, serve, and file opposing briefs in proceedings initiated by other parties;

(b)     represent the respective Class at pre-trial, scheduling, and status conferences;

(c)     coordinate the initiation and conduct of discovery on behalf of the respective Class;

(d)     conduct settlement negotiations with defendant's counsel, execute necessary settlement documentation, and present any formalized settlement to the Court on behalf of the respective Class;

(e)     call and conduct meetings of respective plaintiffs' counsel when appropriate;

(f)     delegate specific tasks to other counsel or committees of counsel that Interim Co-Lead Class Counsel may establish as appropriate, in a manner to ensure that pre-trial preparation for the Class is conducted efficiently, effectively, and without duplication;

(g)     employ and consult with experts;

(h)     coordinate pre-trial activities and plan for trial;

(i)     conduct trial and post-trial proceedings;

(j)     prepare and distribute periodic status reports to the parties;

(k)     allocate fees among the various firms doing work in the case, on behalf of the

Class, if any are awarded by the Court;

(l)     perform such other duties as may be incidental to proper coordination of the

Class's pre-trial activities or are authorized by further order of this Court;

(m)     coordinate and communicate with defendant's counsel and the Court with

respect to the matters addressed in this paragraph;

(n)     distribute all notices, orders, and decisions of the Court to all plaintiffs' counsel

to the extent not communicated directly by the Court;

(o)     maintain and distribute a master service list of all parties and their respective

counsel;

(p)     receive orders, notices, correspondence, and telephone calls from the Court

on behalf of the Class, and shall be responsible for preparing and distributing the same to all Class

counsel upon direction from the Court; and

(q)     perform other such duties and undertaking other responsibilities as are

necessary or desirable in connection with the prosecution of the litigation.


**DONE AND ORDERED** in the Southern District of Florida on May 15, 2026.


_____

DAVID S. LEIBOWITZ

UNITED STATES DISTRICT JUDGE


cc:  counsel of record

- 5 -